**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Salvador B. Morningstar | ) | CHAPTER 7 |
| | ) | CASE NO. 26-12894-JGR |
| Andrea Morningstar | ) | |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING TRUSTEE'S COMBINED MOTION TO (i) EMPLOY AUCTIONEER, (ii) SELL PROPERTY AT PUBLIC AUCTION SALE, AND (iii) COMPENSATE AUCTIONEER FOLLOWING SALE**

THIS MATTER having come before the Court on Trustee's Combined Motion to (i) Employ Auctioneer, (ii) Sell Property at Public Auction Sale, and (iii) to Compensate Auctioneer Following Sale (the "Motion") filed by Robertson B. Cohen, as Chapter 7 Trustee herein, the Motion having been duly served and no objections having been filed, having shown good cause and being advised in the premises, hereby:

ORDERS that the Motion is GRANTED and the Trustee is authorized to:

(i) sell the estate's interest in 11429 N. 32nd Way, Phoenix, AZ 85028 (referred to herein as the "Property"), other than in the ordinary course of business pursuant to Bankruptcy Code §363(b), and to take all actions as may be necessary and appropriate to effectuate the sale of the Property, and

(ii) to employ Peak Performance Restructuring Services LLC ("PPRS") to conduct the public auction of the Property and to compensate PPRS authority to pay a fifteen percent (15%) of all amounts received from any sale, settlement, commission, buyout, payment or other resolution involving the estate's interest in the Property and reasonable and necessary costs and expenses incurred in connection with the sale as described in the Motion.

(iii) To reimburse PPRS for all necessary appraisal and valuation services if ultimately there is no sale of the Property. Such expense is not to exceed $500.00.

Dated: October 13, 2026.

BY THE COURT:

Hon. Joseph G. Rosania, Jr.
United States Bankruptcy Judge